ANDREW D. HEROLD, ESQ., SBN 178640
aherold@heroldsagerlaw.com
NICHOLAS B. SALERNO, ESQ., SBN 167840
nsalerno@heroldsagerlaw.com
SCOTT E. MACEK, ESQ., SBN 268658
smacek@heroldsagerlaw.com
DREW P. ROSELL, ESQ., SBN 306524
drosell@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA 92024
Telephone: (760) 487-1047
Facsimile: (760) 487-1064

Attorneys for Plaintiff UNITED SPECIALTY INSURANCE COMPANY

Paul J. Bauer, #202752
SAGASER, WATKINS & WIELAND, PC
5260 N. Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483
E-mail: paul@sw2law.com

Attorneys for Third-Party Jagdeep Singh Insurance Agency, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>             Plaintiff,<br><br>       v.<br><br>AJIT SINGH RAI, an individual; and JAGDEEP SINGH INSURANCE AGENCY, INC., a California corporation,<br><br>             Defendants. | Case No. 1:22-mc-00088-SKO<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES ON UNITED SPECIALTY INSURANCE COMPANY'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY CONTEMPT CITATIONS SHOULD NOT BE ISSUED FOR FAILURE TO COMPLY WITH RECORDS AND DEPOSITION SUBPOENAS AND FOR SANCTION; ORDER**<br><br>(Doc. 5)<br><br>Magistrate Judge Sheila K. Oberto |

/ / /

On behalf of Plaintiff United Specialty Insurance Company ("USIC") and Third-Party Jagdeep Singh Insurance Agency, Inc. ("JSIA"), the parties file this Stipulation to Extend Briefing Deadlines and Continue USIC's Application for an Order to Show Cause Why Contempt Citations Should Not Be Issued for Failure to Comply with Records and Deposition Subpoenas and For Sanctions ("OSC") regarding non-parties Jagdeep Singh Insurance Agency, Inc. and Ajit Singh Rai currently assigned to Magistrate Judge Sheila K. Oberto, Robert E. Coyle United States Courthouse, Courtroom 7, 6th Floor, 2500 Tulare Street, Fresno, CA  93721.

**WHEREAS,** on June 3, 2022, USIC filed the OSC [Doc. 1] pursuant to Local Rule 121(f), and on or about June 7, 2022, the Court issued a minute order providing that Respondents Ajit Singh Rai and Jagdeep Singh Insurance Agency, Inc., shall file any opposition to the OSC on or before June 30, 2022. Any reply by Petitioner is due on or before July 7, 2022. The Court will then take the matter under submission without oral argument pursuant to E.D. Cal. Local Rule 230(g). [Doc. 2.]

**WHEREAS,** at the time the OSC was filed, JSIA was not represented by counsel, and on or about June 24, 2022, JSIA retained the law firm of Sagaser, Watkins & Wieland, PC to represent it in response to USIC's subpoena for the production of certain documents issued on February 11, 2022, a subpoena for the deposition of the person(s) most knowledgeable concerning various categories, and submitting any opposition to the OSC, if needed.

**WHEREAS,** on June 27, 2022, counsel for JSIA, Paul J. Bauer, Esq., sent an email to Nicholas Salerno, Esq. with the law firm Herold & Sager, advising that JSIA now had counsel and was going to be responding to the subpoena and meeting and conferring to schedule the deposition of the person(s) most knowledgeable for JSIA.  Mr. Bauer also requested to arrange a telephone conference to meet and confer regarding these issues, as well as the pending OSC.  Mr. Salerno responded to the email, and counsel met and conferred on June 28, 2022, regarding the OSC, the subpoena for production of documents, and the person(s) most knowledgeable deposition and agreed upon certain terms and conditions.  Additionally, on June 29, 2022, Mr. Rai sent an email to Mr. Salerno agreeing to provide responsive documents to USIC's subpoena that was issued on February 11, 2022, as soon as possible and agreeing to make himself available for his deposition to commence in and around the next 30 days.

STIPULATION TO EXTEND BRIEFING DEADLINES                    CASE NO.:  1:22-mc-00088-SKO

**WHEREAS,** based on Mr. Bauer's representation on behalf of JSIA to Mr. Salerno that responsive documents to the JSIA subpoena would be produced electronically by June 29, 2022, that the parties will meet and confer to schedule the person(s) most knowledgeable deposition for JSIA to commence in and around the next 30 days, and Mr. Rai's recent commitments, USIC and JSIA hereby request  to continue the current briefing schedule to permit the parties additional time to further meet and confer about these issue and attempt to resolve any disputes therefrom.

**THEREFORE,** USIC and JSIA request this Court continue the briefing schedule so that Respondents Ajit Singh Rai and Jagdeep Singh Insurance Agency, Inc., shall file any opposition to the Application on or before September 5, 2022. Any reply by Petitioner is due on or before September 12, 2022. And, the Court will then take the matter under submission without oral argument pursuant to E.D. Cal. Local Rule 230(g) following these extended deadlines. By agreeing to this stipulation, none of the parties to the underlying litigation or Application waive any rights, arguments, or defenses to the OSC or any opposition or reply thereto.


Date:  June 29, 2022

**HEROLD & SAGER**

*/s/ Nicholas B. Salerno*
Nicholas B. Salerno
Attorneys for Plaintiff
United Specialty Insurance Company


Date:  June 29, 2022

**SAGASER, WATKINS & WIELAND, PC**

*/s/ Paul J. Bauer*
Paul J. Bauer
Attorneys for Third-Party
Jagdeep Singh Insurance Agency, Inc.

**1**          **ORDER**

**2**          Based on the parties' above stipulation (Doc. 5), and for good cause shown,

**3**          IT IS HEREBY ORDERED that Respondents Ajit Singh Rai and Jagdeep Singh Insurance

**4**    Agency, Inc., shall file their opposition to Petitioner's Application for an Order to Appear and Show

**5**    Cause Why Contempt Citations Should Not Be Issued for the Failure to Comply with Records and

**6**    Deposition Subpoenas and for Sanctions on or before September 6, 2022.[1]  Any reply by Petitioner

**7**    is due on or before September 13, 2022. The Court will then take the matter under submission

**8**    without oral argument pursuant to E.D. Cal. Local Rule 230(g) following these extended deadlines.

**9**

**10**    IT IS SO ORDERED.

**11**    Dated:  __**July 1, 2022**__          ____/s/ *Sheila K. Oberto*____

**12**                                        UNITED STATES MAGISTRATE JUDGE

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**    _____

**28**    [1] The parties' requested date of September 5, 2022, falls on a federal holiday.  Accordingly, the Court also continues
         the reply due date by one day.

STIPULATION TO EXTEND BRIEFING DEADLINES                    CASE NO.:  1:22-mc-00088-SKO